## Commonwealth v. Zabala, Appellant.

Submitted December 6, 1971. *Marshall E. Kresman* and *Lewis A. Walder,* for appellant; *Romer Holleran* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.